UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60952-Civ-Martinez/Brown

TAMIKO P. WALKER,

    Plaintiff,
v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, TAMIKO P. WALKER, files this Notice of Settlement, and, in support thereof, states as follows:

Plaintiff has accepted Defendant's settlement offer under the FDCPA, and the parties shall file appropriate dismissal within 10 days.  Plaintiff presumes that the settlement would end the federal litigation in its entirety provided the Court declines to exercise supplemental jurisdiction over the remaining state law claims.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60952-Civ-Martinez/Brown

TAMIKO P. WALKER,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on September 27, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.


**SERVICE LIST**

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF