UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60952-Civ-Martinez/Brown

TAMIKO P. WALKER,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

The parties have reached a partial settlement. Defendant has offered to pay Plaintiff $1,001.00 plus reasonable attorney fees and costs in exchange for Plaintiff's Dismissal with prejudice of his claims under the Fair Debt Collection Practices Act. Plaintiff has accepted the offer. Accordingly, the parties stipulate to a Dismissal with prejudice of Plaintiff's claims under the Fair Debt Collection Practices Act, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs regarding the Fair Debt Collection Practices Act. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with Local Rule. The parties settlement does not affect Plaintiff's claims under the Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act. In light of the fact that the Court may not continue to exercise jurisdiction over these non-federal question claims, the parties stipulate to a dismissal without prejudice of Plaintiff's

claims under the Florida Consumer Collection Practices Act and the Telephone

Consumer Protection Act.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden & Scaz, PLLC |
| Fort Lauderdale, Florida  33339 | 201 North Armenia Avenue |
| Telephone: 954-537-2000 | |
| Facsimile: 954-566-2235 | Tampa, FL 33609 |
| | Telephone: 813-251-5500 |
| | Facsimile: 813-251-3675 |
| By:  /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60952-Civ-Martinez/Brown

TAMIKO P. WALKER,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2010 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   s/Donald A. Yarbrough
                                                   Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF