UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60952-CIV-MARTINEZ-BROWN

TAMIKO P. WALKER,

    Plaintiff,

vs.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal **(D.E. No. 39)**. It is:

**ADJUDGED** that the Fair Debt Collection Practices Act claims are DISMISSED with prejudice and the state law claims are DISMISSED without prejudice.[1] It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of October, 2010.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

---

[1] The parties have not settled the state law claims. It appears that the parties have stipulated to the dismissal without prejudice of the those claims in anticipation of the Court declining to continue to exercise jurisdiction over them. Regardless of the parties' motivation, however, they have stipulated to the state claims' dismissal and therefore the Court will not engage in an analysis regarding whether those claims should remain pending before this Court.